CREEK POINTE HOMEOWNER'S ASS'N v. HAPP

No. 578P01

Case below: 146 N.C. App. 159

Petition by defendant and third party plaintiff (Richard Harp) for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

CRIDER v. JONES ISLAND CLUB, INC.

No. 691P01

Case below: 147 N.C. App. 262

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 15 August 2002.

DIXIE LUMBER CO. OF CHERRYVILLE, INC. v.
N.C. DEP'T OF ENV'T, HEALTH & NATURAL RES

No. 261P02

Case below: 150 N.C. App. 144

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

FRAZIER v. COOPER

No. 417P02

Case below: Craven County Superior Court

Application by petitioner pro se for writ of habeas corpus denied 15 July 2002.

FRAZIER v. LEE

No. 284P02

Case below: Craven County Superior Court

Application by petitioner pro se for writ of habeas corpus and writ of mandamus denied 15 July 2002.